UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
MADONNA THOMPSON,

        Plaintiff,                                                 JUDGMENT
                                                                     17-CV-2312 (WFK)

    v.

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.
------------------------------------------------------------ X

        A Memorandum and Order of Honorable William F. Kuntz II, United States District Judge, having been filed on September 12, 2019, denying the defendant's motion for judgment on the pleadings; denying in part plaintiff's motion to the extent it seeks remand solely for the calculation of benefits; and granting plaintiff's motion to remand this case for further proceedings consistent with this opinion; it is

        ORDERED and ADJUDGED that the defendant's motion for judgment on the pleadings is denied; that plaintiff's motion is denied in part to the extent it seeks remand solely for the calculation of benefits; that plaintiff's motion to remand this case for further proceedings consistent with this opinion is granted; and that on remand, the ALJ shall: (1) Develop the record with regard to the claimant's impairments of speech and language delays, and schedule a consultative examination with a qualified speech therapist; (2) Develop the record with regard to the claimant's learning disorder and schedule a consultative examination with a full battery of IQ tests performed on traditional examination pursuant to either the Stanford-Binet, Fifth Edition or the Wechsler Intelligence Scale for Children-Revised (WISC-R).

Dated: Brooklyn, NY                                                           Douglas C. Palmer
       September 13, 2019                                              Clerk of Court

                                                                   By:     /s/*Jalitza Poveda*
                                                                                Deputy Clerk